O'Malley,—respondents.

No. 502. PHILADELPHIA COKE CO. v. COMMISSIONER OF INTERNAL REVENUE. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John E. McClure* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch, Benjamin M. Brodsky,* and *Valentine Brookes* for respondent.

No. 503. RAU CONSTRUCTION CO. v. PHILLIPS PETROLEUM CO. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Maurice J. O'Sullivan* for petitioner. *Messrs. H. D. Emery* and *Rayburn L. Foster* for respondent.

No. 472. CLOVER SPLINT COAL CO., INC. v. COMMISSIONER OF INTERNAL REVENUE. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur S. Dayton* and *William Wallace Booth* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warren F. Wattles* for respondent.

No. 474. BRADLEY ET AL. v. WELCH, FORMER COLLECTOR. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. F. H. Nash* and *Claude R. Branch* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.